**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1099**

_____

MADHU VERMA,

                Debtor - Appellant,

      v.

REBECCA ANNE HERR,

                Trustee - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge.  (8:22-cv-00779-DKC)

_____

Submitted:  November 21, 2023                    Decided:  November 27, 2023

_____

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Madhu Verma, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Madhu Verma appeals the district court's order denying her motion for default judgment and affirming the bankruptcy court's order dismissing her bankruptcy case, imposing a two-year bar to refiling, and imposing sanctions in the amount of $3,000 in attorney's fees. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Verma v. Herr*, No. 8:22-cv-00779-DKC (D. Md. Dec. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*